[No. 5365-2-III.  Division Three.  October 6, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. GARRY
LEE PRYNE, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 82-1-00478-3, George T. Shields, J., entered August 10, 1982. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Edgerton, J. Pro Tem.

[No. 5112-9-III.  Division Three.  October 6, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. WADE
FARRINGTON, *Appellant.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 7004, Willard A. Zellmer, J., entered March 15, 1982. *Affirmed* by opinion, unpublished in part, per McInturff, J., concurred in by Munson, C.J., and Edgerton, J. Pro Tem.

[No. 12400-5-I.  Division One.  October 10, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY
EUGENE THOMAS, *Defendant,* LAWRENCE
ARTHUR BLAIR, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-1-01419-9, Rosselle Pekelis, J., entered October 5, 1982. *Dismissed* by unpublished per curiam opinion.